UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. BESWETHERICK, | No. C 09-5425 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| J. HAVILAND, warden, | |
| Respondent. | |

Petitioner has filed a "motion to withdraw writ of habeas corpus" in which he indicates that he wants to "abandon" his habeas petition without prejudice. Respondent has not yet filed a response to the petition. The court construes the motion to be a request for a voluntary dismissal, see Fed. R. Civ. P. 41(a), and GRANTS it. (Docket # 7.) This action is dismissed without prejudice. Petitioner is cautioned that if he wishes to commence another federal habeas action, he must act swiftly because there is a one-year statute of limitations, 28 U.S.C. § 2244(d), for the filing of federal habeas petitions.

IT IS SO ORDERED.

DATED: September 1, 2010

SUSAN ILLSTON
United States District Judge