UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. BESWETHERICK, | No. C 09-5425 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. HAVILAND, warden, | |
| Respondent. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 1, 2010

SUSAN ILLSTON
United States District Judge